Bruce S. Asay
Greg B. Asay
Associated Legal Group, LLC
1812 Pebrican Ave.
Cheyenne, WY 82001
(307) 632-2888
(307) 632-2828 (fax)

Patrick Spaulding Ryan *(pro hac vice)*
Buttonwood, Inc.
3329 Adelaide Way
Belmont CA 94002

*Attorneys for Buttonwood, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PPEX, LLC, | ) |
|    Plaintiff, | ) |
| | ) Case No. 21-CV-53-F |
| vs. | ) |
| | ) |
| BUTTONWOOD, INC. | ) |
| | ) |
|    Defendant. | ) |

### MOTION FOR CONTINUANCE

The Defendant, Buttonwood, Inc., by and through its undersigned counsel, hereby moves the Court for a continuance of the hearing presently set for Monday, the 16th. In support counsel states:

    1.    Counsel, Bruce Asay, has been ill and is in need of additional time to prepare for the hearing. Defendant requests a continuance of at least two (2) business days and can be prepared to proceed in person as of August 18, 2021 or later.

    2.    The basis for the continuance is that Defendant's lead counsel Bruce Asay contracted COVID, despite vaccination. Defendants request an additional two (2) days because

of recovery. Defendants do not request a continuance for any other deadlines.  Mr. Asay's isolation order ends on Sunday although there is time needed to prepare.

    3.    Statement of conferral: Counsel for Plaintiffs were advised via email earlier of the issue in a telephonic communication, a short extension was requested.  At this stage, Plaintiffs' counsel are somewhat confusing about their willingness to continue the hearing:

WHEREFORE, Buttonwood, Inc., the Movant, respectfully requests that the Court grant a two (2) day continuance.

DATED this 12th day of August, 2021.

       /s/ Bruce S. Asay
Bruce S. Asay W. S. B. # 5 – 1739
Greg B. Asay W.S.B. #7-5032
1812 Pebrican Ave.
Cheyenne, WY 82001
(307) 632-2888
(307) 632-2828 (fax)
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the 12th day of August, 2021 via Pacer:

Patrick J. Hickey (Wyo. Bar No. 7-5522)
MOYE WHITE LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, Colorado 80202
Phone: (303) 292-2900
Fax: (303) 292-4510
patrick.hickey@moyewhite.com

Patrick J. Bernal (Colo. Bar No. 52956) (Pro Hac Vice)
Joyce C. Williams (Colo. Bar No. 52930) (Pro Hac Vice)
MICHAEL BEST & FRIEDRICH, LLP
8300 Arista Place, Ste. 300
Broomfield, Colorado 80021
Phone: (303) 800-1580
Fax: (855) 732-0199
pjbernal@michaelbest.com
jcwilliams@michaelbest.com

Attorneys for Plaintiff

                                              /s/ Bruce S. Asay

                                              Bruce S. Asay